US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 3 0 2014

CHRIS R. JOHNSON, Clerk
By
                Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PETER AND MICHELLE
PAZUCHOWSKI, Individually, and As
Parents of J, A, and S; J and A.                                    PLAINTIFFS

v.                              No. 6:13CV06008 RTD

OUACHITA REGIONAL COUNSELING
AND MENTAL HEALTH CENTER, INC.,
d/b/a COMMUNITY COUNSELING
SERVICES, INC. d/b/a EXCEL
INTENSIVE OUTPATIENT
TREATMENT PROGRAM, d/b/a
TURNING POINTS SCHOOL, and
DONALD G. MARTIN, Executive
Director of Ouachita Regional
Counseling and Mental Health Center,
Inc., Individually, and In His Official
Capacity                                                            DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Peter and Michelle Pazuchowski, Individually and as Parents of J, A, and S; J and A, have submitted to the Court that all of their claims as to all defendants have been resolved and their claims should be dismissed with prejudice.

Upon consideration, the Court finds that good cause for the dismissal of Plaintiffs' claims has been shown. Accordingly, pursuant to Federal Rule of Civil Procedure 41, this matter is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED this 30th day of July 2014.

Honorable Robert T. Dawson
United States District Judge

Prepared by:

Stuart P. Miller
**MITCHELL, WILLIAMS, SELIG
 GATES & WOODYARD, P.L.L.C**
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
*Attorney for Defendant Ouachita Regional Counseling*

Approved as to Form and Content:

_____
Theresa L. Caldwell
Caldwell Law Office
650 South Shackleford, Ste.400
Little Rock, AR 72211
theresacaldwell@me.com

Lloyd W. Tre Kitchens
The Brad Hendricks Law Firm
500 Pleasant Valley Dr., Ste. C
Little Rock, AR 72227
tkitchens@bradhendricks.com

*Attorneys for Plaintiffs*